# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALAN VARGAS BRAVO<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ et al,<br><br>Respondent. | Case No. 2:26-cv-06552-AH-DFM<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court notes that Petitioner filed an amended petition during the objections period. The Court construes this filing as a request for leave to amend the Petition. Because the Court is granting the primary relief sought based on the original Petition, the request to amend is denied as moot.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation of the United States Magistrate Judge is **ACCEPTED**.

2.      The Petition is **GRANTED** to the extent it seeks release from custody.

3.  Respondents are **DIRECTED** to immediately release Petitioner Alan Vargas Bravo (A# 244-284-588) on the same conditions of release that applied immediately before his re-detention.

4.  Respondents are **DIRECTED** to file a status report within five (5) days after release confirming compliance with this Order.

5.  Petitioner's request to amend, filed as an amended petition, is **DENIED AS MOOT**.

Date: JULY 2, 2026

_____

ANNE HWANG
United States District Judge