JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ALAN VARGAS BRAVO | Case No. 2:26-cv-06552-AH-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| ERNESTO SANTACRUZ et al, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is **GRANTED** to the extent it seeks release from custody.

2.    Respondents shall immediately release Petitioner Alan Vargas Bravo (A# 244-284-588) on the same conditions of release that applied immediately before his re-detention.

Date: JULY 2, 2026

_____
ANNE HWANG
United States District Judge